**ARMOUR & COMPANY, Libelant-Appellee,**

v.

**COMPANIA ARGENTINA DE NAVEGACION DODERO, S.A., Respondent-Appellant.**

**No. 90, Docket 25056.**

United States Court of Appeals Second Circuit.

Argued Jan. 9, 1959.

Decided Feb. 4, 1959.

Donald B. Allen, of Hill, Betts & Nash, New York City, for respondent-appellant.

F. Herbert Prem, of Bigham, Englar, Jones & Houston, New York City, for libelant-appellee.

Before CLARK, Chief Judge, MOORE, Circuit Judge, and GIBSON, District Judge.

PER CURIAM.

On this appeal respondent challenges only certain findings of fact of the trial court, made as a part of a reasoned opinion. Such findings may be upset only if clearly erroneous. F.R. 52 (a); McAllister v. United States, 348 U.S. 19, 75 S.Ct. 6, 99 L.Ed. 20; A. H. Bull S.S. Co. v. The Exanthia, 2 Cir., 234 F.2d 650, 653; Schroeder Bros., Inc. v. The Saturnia, 2 Cir., 226 F.2d 147, 149; Union Carbide & Carbon Corp. v. United States, 2 Cir., 200 F.2d 908, 910. And we find each of them supported by ample evidence.

Affirmed.